IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VEHICLE INTERFACE TECHNOLOGIES, LLC, ) ) ) Plaintiff, ) ) v. ) ) JAGUAR LAND ROVER NORTH ) AMERICA, LLC, ) ) Defendant. ) | C.A. No. 12-1285-RGA C.A. No. 14-339-RGA |

### ORDER

At Wilmington, this ___1___ day of __August__, 2016, having previously granted the motion of Defendant Jaguar Land Rover North America, LLC ("JLRNA") for attorneys' fees and expenses pursuant to 35 U.S.C. § 285 (D.I. 149; C.A. No. 14-339 D.I. 58), the Court hereby awards JLRNA attorneys' fees in the amount of $1,817,685 and expenses in the amount of $192,713, together totaling $2,010,398.

*Richard G. Andrews*
United States District Judge